# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL H. LABIDOU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2350

[February 2, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 502014CF002278AXXX.

Michael H. Labidou, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST, and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***